1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7  IVONNE ORTIZ,
8
          Plaintiff,                        No. C 08-0312 PJH
9
       v.                                   **JUDGMENT**
10
   TAYLOR BEAN AND WHITAKER, et al.,
11
          Defendants.
12 _____/
13     The court having dismissed this case,
14     it is Ordered and Adjudged
15     that plaintiff take nothing, and that the action be dismissed.
16     IT IS SO ORDERED.
17 Dated: January 31, 2008

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IVONNE ORTIZ,

        Plaintiff,

  v.

TAYLOR BEAN AND WHITAKER et al,

        Defendant.

Case Number: CV08-00312 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivonne Ortiz
178 Leeward Court
Vacaville, CA 95687

Dated: February 1, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk